**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

AIDA MOLINA, on behalf of herself and all others
similarly situated,

        Plaintiff,

-vs-                                     Case No.  2:10-cv-11-FtM-36SPC

PRIMATE PRODUCTS, INC., a Florida Profit
Corporation,

        Defendant.

_____

## ORDER

       This matter comes before the Court on the Parties' Joint Notice of Settlement (Doc. #19)

filed on April 16, 2010.  The parties indicate a settlement has been reached with the Defendants

regarding the Plaintiff's claims.

       When a settlement is entered, the parties are required to provide the Court with sufficient

information regarding the settlement in order for the Court to determine whether the settlement is

a "fair and reasonable resolution of a bona fide dispute" over FLSA issues.  Lynn's Food Stores, Inc.

v. United States, 679 F.2d 1350, 1354-55 (11th Cir. 1982).   Therefore, the parties should submit a

Joint Motion to Approve the Settlement with the settlement documents.  The information should

include a copy of the settlement agreement signed by all parties, a brief description of the terms of

the settlement, the number of hours and lost wages originally claimed by the Plaintiff and whether

or not the Plaintiffs claims were settled by compromise.

With regard to attorney's fees, the Court recognizes the ruling in <u>Bonetti v. Embarq. Mgmt. Co.</u>, 2009 WL 2371407 (M.D. Fla. Aug. 2009)[1]. If the parties are able agree on the issue of the attorney's fees and certify the settlement of the attorney's fees issue was independent and in seriatim, they may forego the necessity of filing copies of billing records with their settlement documentation. If the parties have not reached an agreement regarding attorneys' fees within the time frame outlined below, detailed billing records **shall** be filed with the settlement documents within the time frame outlined in this order.

Accordingly, it is now

**ORDERED:**

The Parties shall have up to and including MAY 20, 2010, to submit the Joint Motion and Settlement Agreement for the Courts review.

**DONE AND ORDERED** at Fort Myers, Florida, this ___21st___ day of April, 2010.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record

---

[1] The <u>Bonetti</u> Court held if the Plaintiff's recovery and attorney's fees were settled independently of the Plaintiff's claims, there would be no need to file the attorney's billing records unless the fees were out of line compared with the settlement agreement. Thus, the award of attorney's fees and costs would no longer require approval using the lodestar approach. <u>See</u> Order Doc. # 27.